UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

LAMONTA GLADNEY,

    Plaintiff,

v.

TYLER RYAN TIMBERLAKE,

 and

KYLE M. SCHAEFER

    Defendants.

Case No. 1:21-cv-287-AJT/JFA

## **MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)**

Defendant Kyle M. Schaefer (Officer Schaefer), by and through undersigned counsel, moves the Court to dismiss the claims brought against him herein pursuant to Fed. R. Civ. P. 12(b)(6), for the reasons set forth in the accompanying memorandum of points and authorities.

    Respectfully submitted,
    KYLE M. SCHAEFER

**ELIZABETH D. TEARE**
**COUNTY ATTORNEY**

**By:** _____/s/_____
**Kimberly P. Baucom, Esquire**
**Senior Assistant County Attorney**
Virginia State Bar No. 44419
12000 Government Center Parkway
Suite 549
Fairfax, VA 22035-0064
(703) 324-2421
(703) 324-2665 fax
kimberly.baucom@fairfaxcounty.gov
*Counsel for Kyle M. Schaefer*

# CERTIFICATE OF SERVICE

      I hereby certify that on the 6th day of August, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a true copy of the foregoing to the following:

Thomas F. Hennessy, Esquire
The Hennessy Law Firm, PLLC
4015 Chain Bridge Road, Suite G
Fairfax, Virginia 22030
Phone: (703) 865-8836
Fax: (703) 865-7633
thennessy@virginiawage.net
Counsel for Plaintiff

T. Bruce Godfrey, Esquire
Jezic & Moyse LLC
2730 University Blvd. West #604
Wheaton, MD 20902
Phone: (240) 292-7200
Fax: (240) 292-7225
godfrey@jezicfirm.com
Counsel for Plaintiff

Julia B. Judkins, Esquire
Heather K. Bardot, Esquire
Dawn E. Boyce, Esquire
Bancroft McGavin Horvath & Judkins PC
9900 Fairfax Boulevard, Suite 400
Fairfax, Virginia 22030
Phone: (703) 385-1000
Fax: (703) 385-1555
jjudkins@bmhjlaw.com
hbardot@bmhjlaw.com
dboyce@bmhjlaw.com
Counsel for Defendant Tyler Ryan Timberlake

                                                        /s/
                                               Kimberly P. Baucom