IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| LAMONTA GLADNEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:21-cv-00287 (AJT/JFA) |
| | ) | |
| TYLER RYAN TIMBERLAKE, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Pending before the Court is Plaintiff's Motion to Lift Partial Stay of Discovery [Doc. No. 39] (the "Motion"). Upon consideration of the Motion, the memoranda of law in support thereof and in opposition thereto, the arguments of counsel, and for the reasons stated in open court during the August 25, 2021 hearing, it is hereby

ORDERED that Plaintiff's Motion to Lift Partial Stay of Discovery [Doc. No. 39] be, and the same hereby is, **DENIED** subject to further proceedings as outlined by the Court.

The Clerk is directed to forward copies of this Order to all counsel of record.

Anthony J. Trenga
United States District Judge

August 26, 2021
Alexandria, Virginia