# Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

Authorized Person(s): Julia Judkins

Electronic Device(s): IPAD/cell phone

Purpose and Location Of Use: EDVA - use during settlement conference

Case No.: 1:21-cv-287

Date(s) Authorized: 12/13/2021

IT Clearance Waived: ____(Yes)   ____(No)

~~APPROVED BY~~: **DENIED AS MOOT CONFERENCE BEING HELD REMOTELY**

Date: Dec. 10, 2021   /s/ JFA
John F. Anderson
United States District/Magistrate/Bankruptcy Judge

A copy of this signed authorization must be presented upon entering the courthouse.

IT Clearance: _____   _____
                   IT Staff Member              Date(s)

**IT clearance must be completed, unless waived, before court appearance.**