**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**
(Alexandria Division)

| | |
|---|---|
| LAMONTA GLADNEY, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   Case No.: 1:21-cv-00287 |
| | )         (AJT/JFA) |
| TYLER RYAN TIMBERLAKE, et. al., | ) |
| | ) |
|    Defendants. | ) |

**NOTICE OF FIRM NAME AND EMAIL ADDRESS CHANGE**

PLEASE TAKE NOTICE that effective January 1, 2022, defendant's law firm changed from Bancroft, McGavin, Horvath & Judkins, P.C. to McGavin, Boyce, Bardot, Thorsen & Katz, P.C. The firm's address, telephone number and facsimile number remain the same.

Counsel for defendant hereby requests that the recipient of this Notice change the firm's name on future pleadings and update undersigned's e-mail to hbardot@mbbtklaw.com.

                                                           **TYLER RYAN TIMBERLAKE**

                                                           By Counsel

_____/s/_____
Heather K. Bardot, VSB No. 37269
Dawn E. Boyce, VSB No. 32923
BANCROFT, McGAVIN, HORVATH & JUDKINS, P.C.
9990 Fairfax Boulevard, Suite 400
Fairfax, Virginia 22030
Telephone:   (703) 385-1000
Facsimile:   (703) 385-1555
hbardot@mbbtklaw.com
dboyce@mbbtklaw.com
*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 26, 2022, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

>Thomas F. Hennessey, Esq.
>THE HENNESSEY LAW FIRM, PLLC
>4015 Chain Bridge Road, Suite G
>Fairfax, Virginia 22030
>(703) 865-8836 (telephone)
>(703) 865-7633 (facsimile)
>thennessy@virginiawage.net
>*Counsel for Plaintiff*
>
>T. Bruce Godfrey MDSB# 24596
>Jezic & Moyse LLC
>2730 University Blvd. West #604
>Wheaton, MD 20902
>(240) 292-7200 (Telephone)
>(240) 292-7225 (facsimile)
>*Pro Hac Vice Admitted Counsel for Plaintiff*

>            /s/
>Heather K. Bardot, VSB No. 37269
>BANCROFT, McGAVIN, HORVATH
> & JUDKINS, P.C.
>9990 Fairfax Boulevard, Suite 400
>Fairfax, Virginia 22030
>Telephone:    (703) 385-1000
>Facsimile:    (703) 385-1555
>hbardot@mbbtklaw.com
>*Counsel for Defendant*

2