IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

LAMONTA GLADNEY,     )
             )
    Plaintiff,    )
             )
 v.          )  Civil Action No. 1:21cv0287 (AJT/JFA)
             )
TYLER RYAN TIMBERLAKE,  )
             )
    Defendant.   )
_____)

## ORDER

On March 30, 2022, defendant filed a motion to quash notice of deposition or provide alternate relief (Docket no. 81), a memorandum in support, and a notice of hearing for Friday, April 15, 2022 at 10:00 a.m. On April 6, 2022, plaintiff filed an opposition to defendant's motion. (Docket no. 86). On April 10, 2022, defendant filed a reply. (Docket no. 87).

Having reviewed the motion, memorandum in support, opposition, and reply, and considered the arguments of counsel, and for the reasons stated during the hearing on April 15, 2022, it is hereby

ORDERED that defendant's motion to quash notice of deposition or provide alternate relief is denied.

Entered this 15th day of April, 2022.

            /s/
            John F. Anderson
            United States Magistrate Judge
            John F. Anderson
            United States Magistrate Judge

Alexandria, Virginia