IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| LAMONTA GLADNEY, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 1:21cv00287 (AJT/JFA) |
| TYLER RYAN TIMBERLAKE, | ) |
| Defendant. | ) |

## NOTICE TO COURT

COMES NOW Defendant, Tyler Ryan Timberlake ("Officer Timberlake"), by counsel, and notifies the court of the following:

1. On April 27, 2022, the parties reached an agreement to resolve this case fully and finally.

2. The parties' agreement is subject to approval by the Fairfax County Board of Supervisors ("the Board"), which will meet in closed session on May 10, 2022 with outside counsel, Jim Guynn.

3. Prior to Mr. Guynn extending a settlement offer to plaintiff, Mr. Guynn met with the Board to discuss the case and obtain direction and settlement authority.

4. Officer Timberlake has been advised that it is expected that the Board will approve the settlement when it meets in closed session on May 10, 2022.

**TYLER RYAN TIMBERLAKE**
**By Counsel**

_____/s/_____
Heather K. Bardot, Esquire
VSB No. 37269
McGAVIN, BOYCE, BARDOT,
  THORSEN & KATZ, P.C.
9990 Fairfax Boulevard, Suite 400
Fairfax, Virginia 22030
Telephone: (703) 385-1000
Facsimile: (703) 385-1555
hbardot@mbbtklaw.com
Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of April, 2022, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

>Thomas F. Hennessey, Esq.
>THE HENNESSEY LAW FIRM, PLLC
>4015 Chain Bridge Road, Suite G
>Fairfax, Virginia 22030
>mailto:dcrowley@hannonlawgroup.com
>(703) 865-8836 (telephone)
>(703) 865-7633 (facsimile)
>thennessy@virginiawage.net
>*Counsel for Plaintiff*
>
>T. Bruce Godfrey MDSB# 24596
>Jezic & Moyse LLC
>2730 University Blvd. West #604
>Wheaton, MD 20902
>(240) 292-7200 (Telephone)
>(240) 292-7225 (facsimile)
>*Pro Hac Vice Admitted Counsel for Plaintiff*

        _____/s/_____
Heather K. Bardot, Esquire
VSB No. 37269
McGAVIN, BOYCE, BARDOT,
  THORSEN & KATZ, P.C.
9990 Fairfax Boulevard, Suite 400
Fairfax, Virginia 22030
Telephone: (703) 385-1000
Facsimile: (703) 385-1555
hbardot@mbbtklaw.com
Counsel for Defendant