IN THE UNITED STATES DISTRICT COURT IN THE
EASTERN DISTRICT OF VIRGINIA ALEXANDRIA DIVISION

| | |
|---|---|
| LAMONTA GLADNEY, | ) |
| Plaintiff, | ) 2022 MAY -9 P 4:57 |
| v. | ) |
| TYLER RYAN TIMBERLAKE, | ) Civil Action No. 1:21-cv-00287 (AJT/JFA) |
| Defendant. | ) |

# PLAINTIFF'S TRIAL EXHIBIT BINDER

Date of Trial:

**May 16 – 17, 2022 at 9:30 a.m.**

<u>Submitted:</u>   May 9, 2022.