IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| LAMONTA GLADNEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 1:21cv00287 (AJT/JFA) ) |
| TYLER RYAN TIMBERLAKE, | ) ) ) |
| Defendant. | ) |

## NOTICE OF SETTTLEMENT

COMES NOW Defendant, Tyler Ryan Timberlake ("Officer Timberlake"), by counsel, and notifies the court that the following matter has been settled and the settlement has been approved by the Fairfax County Board of Supervisors. It is respectfully requested that the trial of this matter be removed from the court's docket on May 16-20, 2022.

                                               **TYLER RYAN TIMBERLAKE**
                                               **By Counsel**

_____/s/_____
Heather K. Bardot, Esquire
VSB No. 37269
McGAVIN, BOYCE, BARDOT,
 THORSEN & KATZ, P.C.
9990 Fairfax Boulevard, Suite 400
Fairfax, Virginia 22030
Telephone:  (703)  385-1000
Facsimile:  (703)  385-1555
hbardot@mbbtklaw.com
Counsel for Defendant

1

CERTIFICATE OF SERVICE

      I hereby certify that on the 10th day of May, 2022, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

      Thomas F. Hennessey, Esq.
      THE HENNESSEY LAW FIRM, PLLC
      4015 Chain Bridge Road, Suite G
      Fairfax, Virginia 22030
      mailto:dcrowley@hannonlawgroup.com
      (703) 865-8836 (telephone)
      (703) 865-7633 (facsimile)
      thennessy@virginiawage.net
      *Counsel for Plaintiff*

      T. Bruce Godfrey MDSB# 24596
      Jezic & Moyse LLC
      2730 University Blvd. West #604
      Wheaton, MD 20902
      (240) 292-7200 (Telephone)
      (240) 292-7225 (facsimile)
      *Pro Hac Vice Admitted Counsel for Plaintiff*

      _____/s/_____
      Heather K. Bardot, Esquire
      VSB No. 37269
      McGAVIN, BOYCE, BARDOT,
       THORSEN & KATZ, P.C.
      9990 Fairfax Boulevard, Suite 400
      Fairfax, Virginia 22030
      Telephone: (703) 385-1000
      Facsimile: (703) 385-1555
      hbardot@mbbtklaw.com
      Counsel for Defendant