### IN THE UNITED STATES DISTRICT COURT IN THE EASTERN DISTRICT OF VIRGINIA ALEXANDRIA DIVISION

| | |
|---|---|
| LAMONTA GLADNEY, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| TYLER RYAN TIMBERLAKE, ) | Civil Action No. 1:21-cv-00287 (AJT/JFA) |
| ) | |
| Defendant. ) | |
| _____ ) | |

### STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties that the above-captioned action is voluntarily dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with the parties bearing their own costs and attorney's fees.

Respectfully submitted,

_____/s/_____
Heather K. Bardot, Esq. VSB:37269
MCGAVIN, BOYCE, BARDOT,
THORSEN & KATZ, PC
9990 Fairfax Boulevard, Suite 400
Fairfax, Virginia 22030
T: 703-385-1000
F: 703-385-1555
hbardot@mbbtklaw.com
*Counsel for Defendant Tyler Timberlake*

_____/s/_____
Thomas F. Hennessy, Esq., VSB: 32850
THE HENNESSY LAW FIRM, PLLC
4015 Chain Bridge Road, Suite G
Fairfax, Virginia 22030
T: 703-865-8836
F: 703-865-7633
thennessy@virginiawage.net
*Counsel for Plaintiff Lamonta Gladney*

**CERTIFICATE OF SERVICE**

   I hereby certify that on the 14th day of June 2022, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.


By:   _____/s/_____
   THOMAS F. HENNESSY (VSB No. 32850)